[No. 7193-2-II.   Division Two.   January 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MICHAEL MASLANKA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00123-4, James D. Ladley, J., entered
July 22, 1983. *Affirmed* by unpublished opinion per Reed,
A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7066-9-II.   Division Two.   January 14, 1986.]

ROSALYN FANNIN, *Respondent,* v. MILLIE PETERSON,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81-2-03769-6, D. Gary Steiner, J., entered
April 22, 1983. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 6641-0-III.   Division Three.   January 14, 1986.]

WAYNE G. BURGETT, ET AL, *Respondents,* v. MORRILL
ASPHALT PAVING COMPANY, INC., *Appellant,* THE
STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Lin-
coln County, No. 84-2-00009-1, Willard A. Zellmer, J.,
entered June 20, 1984. *Affirmed in part* and *reversed in
part* by unpublished opinion per Green, C.J., concurred in
by McInturff and Thompson, JJ.